UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          Case No. 1-11-CR-26
v.                                )
                                  )          COLLIER / LEE
MATTHEW DAVID CORRELL             )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two-count
Indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) allow Defendant to remain released
on bond under appropriate conditions of release pending sentencing in this matter (Court File No.
19).  Neither party filed a timely objection to the report and recommendation.  After reviewing the
record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the
Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No.
19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release

        pending sentencing in this matter, which is scheduled to take place on **Thursday,**

        **October 6, 2011 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**


                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**