UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:11-CR-26 |
| | ) | JUDGE COLLIER |
| MATTHEW CORRELL | ) | |

## MOTION TO SEAL

Comes now the United States of America through William C. Killian, United States Attorney for the Eastern District of Tennessee, and Assistant United States James T. Brooks, and respectfully requests that the Government's Motion be sealed.

                                              Respectfully submitted,

                                              WILLIAM C. KILLIAN
                                              United States Attorney

                                              s/James T. Brooks
                                              James T. Brooks
                                              Assistant U.S. Attorney
                                              1110 Market Street, Ste. 301
                                              Chattanooga, TN 37402
                                              (423) 752-5140