UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


UNITED STATES OF AMERICA

v.  Case No.: 1:11–cr–00026

MATTHEW DAVID CORRELL


ORDER RESCHEDULING JUDGMENT

   The sentencing hearing is RESCHEDULED to commence on Thursday, November 3, 2011, at 09:00 AM, before the United States District Judge, in the third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

  SO ORDERED.

  ENTER:

/s/ _____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE