**JUDGMENT:** Case No. 1:11-cr-26  USA v. Matthew David Correll

**PRESENT:** Honorable Curtis L. Collier  ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

James Brooks — Assistant U.S. Attorney
Myrlene Marsa — Attorney for Defendant
Mary Ann Zwicknagel — Probation Officer
DeAndra Hinton — Courtroom Deputy
Elizabeth Coffey — Court Reporter
_____ Interpreter ☐ SWORN

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☑ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied
Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks OR ☐ Deft declines to speak    "Fqewogpv"u"all except PSR aaaa" ☑ wpugcrgf " ☐ "tgo ckp"ugcrgf

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** _____ MONTHS on COUNT(s) _____

**SUPERVISED RELEASE/PROBATION:** 2 YEARS on COUNT(s) One

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**
☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☐ submit to search
☑ perform 100 hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment
☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____
☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:** _____

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ OR ☐ Waived   **SPECIAL ASSESSMENT:** $100.00   ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☐ remained in custody  ☑ remained on bond

Deft to self-report on or before _____ at _____

Time: 9:05 to 9:25   Date: 11.3.2011

RESET FORM